IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 3:07CR23–HEH |
| ) | |
| KEVIN LEE GREEN, ) | |
| ) | |
| Petitioner. ) | |

## MEMORANDUM OPINION
(Denying Motion for Reconsideration)

By Memorandum Opinion and Order entered on June 13, 2011, the Court denied a 28 U.S.C. § 2255 motion filed by Petitioner. (ECF Nos. 59, 60.) On December 28, 2015, the Court received from Petitioner a document titled "MOTION FOR REDUCTION OF SENTENCE (USSG Amd. 782) PURSUANT TO 18 U.S.C. 3582(C)(2) & JOHNSON, S. CT. (2015)" ("December 28, 2015 Motion," ECF No. 66.)

By Memorandum Opinion and Order entered on March 1, 2016, the Court denied the December 28, 2015 Motion. The Court noted that Petitioner's December 28, 2015 Motion continued to raise constitutional challenges to his sentence and thus constituted an unauthorized, successive § 2255 motion. The Court further noted that, to the extent Petitioner wished to pursue a reduction in sentence under 18 U.S.C. § 3582, he may refile a motion under 18 U.S.C. § 3582 that only raises issues related to retroactive amendments to the United States Sentencing Guidelines.

On March 28, 2016, the Court received from Petitioner a motion seeking reconsideration of the March 21, 2016 Memorandum Opinion and Order ("March 28,

2

2016 Motion for Reconsideration"). As Petitioner fails to demonstrate any error by the Court, Petitioner's March 28, 2016 Motion for Reconsideration (ECF No. 73) will be denied. The Court denies a certificate of appealability

An appropriate Final Order will accompany this Memorandum Opinion.

Date: April 12, 2016
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge

2